UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:  Tammi L. Wirth
       Daniel S. Wirth
           Debtors.

Case No. 23-10594-cjf
Chapter 13

## STIPULATION REGARDING TREATMENT OF PRIORITY CLAIM

IT IS HEREBY STIPULATED AND AGREED by and between the Creditor, Kim Jensen, by and through her attorney, Michelle Angell, and the Debtors, Tammi L. Wirth and Daniel S. Wirth., by and through their attorneys, Miller and Miller Law, LLC, as follows:

1. Debtors filed the above captioned Chapter 13 Bankruptcy in the Western District of Wisconsin on April 13, 2023.
2. Kim Jensen filed a priority claim (claim 5-1) in the amount of $27,201.57. This claim is comprised of principle and interest from untimely paid child support.
3. Debtors' attorney, Mark Gauthier, contacted Kim Jensen's attorney, Michelle Angell, to inquire about stipulating to have Daniel S. Wirth treated as current for the purposes of this Chapter 13 case.
4. In the interest of allowing Debtors to complete their Chapter 13 Plan, Kim Jensen agrees to allow Daneil S. Wirth to be treated as current solely for the purpose of Chapter 13 and agrees to not to force Debtors to pay the priority claim through the Chapter 13 Plan.
5. Debtors agree and acknowledge that any priority, unsecured debt not paid to Kim Jensen through the Plan is non-dischargeable and will survive any bankruptcy discharge.
6. Debtors also acknowledge that any statutory penalties and interest that would normally accrue on the priority claim shall continue to accrue through the life of the bankruptcy.

7. Debtors acknowledge that the automatic stay does not impair any legal remedies available to Kim Jensen to collect on the debt, other than having the priority claim paid through the plan.

Dated this 7th day of November 2023.

Krekeler Law, S.C.

Kristin J. Sederholm
Attorney for Kim Jensen
State Bar No.: 1001895

Dated this 7th day of November 2023.

Mark A. Gauthier
Attorney for Debtors
State Bar No.: 1077664

2