**THIS ORDER IS SIGNED AND ENTERED.**

Dated: November 9, 2023

_____
**Hon. Catherine J. Furay
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:  Tammi L. Wirth<br>Daniel S. Wirth<br>Debtor. | Chapter 13<br>Case No.: 23-10594-cjf |

**ORDER ON STIPULATION REGARDING TREATMENT OF PRIORITY CLAIM**

On October 2, 2023, the court held a hearing on Confirmation of Amended Chapter 13 Plan. At the hearing, the court ordered that the debtors shall file the stipulation DSO obligations by October 23. The Debtor filed a motion to enlarge time to file the stipulation to November 7, 2023. On November 7, 2023, the debtors and Kim Jensen filed a stipulation regarding the treatment of the priority claim filed by Kim Jensen.

**IT IS HEREBY ORDERED:**

The stipulation between the debtors and Kim Jensen as it pertains to claim 5-1 is approved.

###